[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 13, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-15406

_____

D. C. Docket No. 03-20652-CV-JAL

RICHARD JARZYNKA,

Plaintiff-Appellant,

versus

ST. THOMAS UNIVERSITY SCHOOL OF LAW,
et al.,

Defendants,

ST. THOMAS UNIVERSITY, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(December 13, 2006)**

Before TJOFLAT, HULL and BOWMAN,[*] Circuit Judges.

PER CURIAM:

After review and oral argument in this diversity action, the Court concludes that the district court properly granted summary judgment to the defendant St. Thomas University on the claims of the plaintiff Richard Jarzynka.

**AFFIRMED.**

---

[*]Honorable Pasco M. Bowman II, United States Circuit Judge for the Eighth Circuit, sitting by designation.